IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01531-LTB

ANITA DEREVJAGIN,

    Plaintiff,

v.

WASHINGTON COUNTY (WASHINGTON COUNTY SHERIFF DEPT),

    Defendant.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 26, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 26 day of November, 2012.

                                 FOR THE COURT,

                                 JEFFREY P. COLWELL, Clerk

                                 By: s/ S. Grimm
                                       Deputy Clerk